|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT | |
| | EASTERN DISTRICT OF WASHINGTON | |

| UNITED STATES OF AMERICA, | No. 2:13-CR-6011-WFN-1 |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIIONS OF RELEASE |
| vs. | |
| JOSE TRINIDAD CONTRERAS-AVINA, | |
| Defendant. | |

**BEFORE THE COURT** is Defendant's motion to modify conditions of release.  ECF No. 95.

There being no objection from the United States or Defendant's United States Probation Officer and, subsequent to the instant motion, the United States having filed a Motion to Dismiss Indictment, ECF No. 98, **IT IS ORDERED** Defendant's motion to modify conditions of release, **ECF No. 95,** is **GRANTED.**

**IT IS FURTHER ORDERED** that any appearance bond be exonerated and disbursed to the party posting the same and Defendant be released on his own recognizance, on condition that he remain in contact with his attorney and his Supervising United States Probation Officer pending further order of the Court.

**IT IS SO ORDERED.**

DATED August 31, 2016.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER . . . - 1