1

2

3

4

5                        UNITED STATES DISTRICT COURT

6                     EASTERN DISTRICT OF WASHINGTON

7  UNITED STATES OF AMERICA,

8                         Plaintiff,              No.    2:13-CR-6011-WFN-1

9           -vs-                                  ORDER DISMISSING INDICTMENT

10 JOSE TRINIDAD CONTRERAS-AVINA,

11                        Defendant.

12

13        Pending before the Court is the Defendant's Motion to Lift Stay (ECF No. 93) and

14 the Government's Motion to Dismiss (ECF No. 98).  The case was stayed by Order of the

15 Ninth Circuit pending resolution of immigration proceedings.  Those proceedings are

16 complete and this Court may now lift the stay.  The Government moves to dismiss the

17 Indictment with no objection by the Defendant.  The Court has reviewed the file and

18 Motions and is fully informed.  Accordingly,

19        **IT IS ORDERED** that:

20        1. Defendant's Motion to Lift Stay, filed August 19, 2016, **ECF No. 93**, is

21 **GRANTED**.

22        2. Defendant's Motion to Expedite, filed August 19, 2016, **ECF No. 94**, is

23 **GRANTED**.

24        3. The Government's Motion to Dismiss Indictment, filed August 25, 2016, **ECF**

25 **No. 98**, is **GRANTED**.

26        4. The Government's Motion to Expedite, filed August 25, 2016, **ECF No. 99**, is

27 **GRANTED**.

28        5. The Indictment shall be **DISMISSED without prejudice.**


ORDER - 1

1      The District Court Executive is directed to file this Order and provide copies to

2  counsel.

3      **DATED** this 1st day of September, 2016.

4

5                                    s/ Wm. Fremming Nielsen

6                                 WM. FREMMING NIELSEN
08-31-16                          SENIOR UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER - 2